AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

*SEALED DOCUMENT PURSUANT TO E-GOVERNMENT ACT OF 2002*

Western DISTRICT OF _____Texas_____

UNITED STATES OF AMERICA

v.

Christopher Harold TAPPIN

**WARRANT FOR ARREST**

CASE NUMBER: SA-07-50(1)M

TO: The United States Marshal
and any Authorized Officer of the United

YOU ARE HEREBY COMMANDED to arrest __Christopher Harold TAPPIN__
                                                  Name

and bring him or here forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or herewith (brief description of offense)
knowingly and willfully combine, conspire, confederate and agree with persons known and unknown to export articles classified under the International Traffic in Arms Regulations, to wit: Hawk Missile System Batteries (Eagle Picher Brand GAP 4328 Zinc/Silver Oxide reserve batteries), without first having obtained a license from the U.S. Department of State, Office of Defense Trade Controls

in violation of Title __18 U.S.C. 371 and Title 22__   United States code, Section(s) __2778__

JOHN W. PRIMOMO
Name of Issuing Officer

*(signature)*
Signature of Issuing Officer

United States Magistrate
Title of Issuing Officer

January 26, 2007, San Antonio, Texas
Date and Location

Bail fixed at $ _____   by _____
                                      Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

AO 442(Rev. 5/93) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: Christopher Harold TAPPIN

ALIAS: Chris TAPPIN

LAST KNOWN RESIDENCE: ███████████████

LAST KNOWN EMPLOYMENT: Brooklands Overseas

PLACE OF BIRTH: United Kingdom

DATE OF BIRTH: ███████

SOCIAL SECURITY NUMBER: None Known

HEIGHT: _____   WEIGHT: _____

SEX: Male   RACE: White

EYES: _____

HAIR: Greying

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

_____
_____
_____

FBI NUMBER. _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS:
Immigration and Customs Enforcement
4191 N. Mesa
El Paso, Texas 79902