JUDGE DAVID BRIONES

PERSONAL DATA SHEET
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

EP07CR0249

| SEALED: | | UNSEALED  XX |
|---|---|---|
| COUNTY: EL PASO | DIVISION: EL PASO | JUDGE: |
| DATE: February 7, 2007 | MAG CT #: SA-07-50M | FBI #: |
| CASE NO: EP 07-CR- | ASSISTANT U.S. ATTORNEY: GREGORY E. McDONALD | |
| DEFENDANT: CHRISTOPHER HAROLD TAPPIN | | DOB: REDACTED |

ADDRESS: REDACTED

CITIZENSHIP: United Kingdom   INTERPRETER NEEDED: No   LANGUAGE: N/A

DEFENSE ATTORNEY:                                         EMPLOYED ___
ADDRESS:                                                  APPOINTED ___

DEFENDANT IS:  Not in Custody
ADDRESS:

| DATE OF ARREST: | BENCH WARRANT: YES |
|---|---|

PROBATION OFFICER:

NAME AND ADDRESS OF SURETY:

PROSECUTION BY:  INDICTMENT

OFFENSE (Code and Description):
**CT 1** - 18:371, 22:2778(b)(2), (c)-CONSPIRACY TO ILLEGALLY EXPORT DEFENSE ARTICLES; **CT 2** - 22:2278(b)(2), (c), 18:2-AIDING AND ABETTING THE ILLEGAL EXPORT OF DEFENSE ARTICLES; **CT 3** - 18:1956(a)(2)(A); 1956(h) - CONSPIRACY TO CONDUCT ILLEGAL FINANCIAL TRANSACTIONS

OFFENSE IS:  FELONY

MAXIMUM SENTENCE: **CT 1** - MAXIMUM SENTENCE OF 5 YRS/$250,000/2 YRS MAXIMUM TERM OF SUPV RELEASE/$100 MANDATORY; **CT 2** - MAXIMUM SENTENCE OF 10 YRS/$250,000.00/3 YRS MAXIMUM TERM SUP RELEASE/$100 MANDATORY; **CT 3** - MAXIMUM SENTENCE OF 20 YRS/$500,000.00 OR TWICE THE VALUE OF THE FUNDS INVOLVED/3 YRS MAXIMUM TERM SUP RELEASE/$100 MANDATORY

PENALTY IS MANDATORY:  NO

REMARKS: ICE - RON MARCELL

WDT-Cr-3