IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | EP-07-CR-0249(1)(2)-DB |
| | § | |
| ROBERT FREDERICK GIBSON, et al. | § | |

FILED
2007 MAR -6 PM 4:17
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

### ORDER

On this day, the Court considered Defendants Motion for Continuance, made orally during Docket Call on March 2, 2007, in the above-captioned cause. The motion was made because Defendants need additional time to prepare due to complex discovery issues in the case and for plea negotiations. After due consideration, the Court is of the opinion that the motion should be granted.

In order to allow defense counsel the necessary reasonable amount of time to effectively prepare, the Court finds that the interests of justice outweigh the Defendants and the public's interests in a speedy trial. *See* 18 U.S.C.A. § 3161(h)(B)(iv) (West 2000). As such, the Court concludes that the time from March 2, 2007 through April 5, 2007, is excludable within the meaning of the Speedy Trial Act, 18 U.S.C. §§ 3161, *et seq*. *See* 18 U.S.C.A. § 3161(h).

Accordingly, it is hereby ORDERED that Defendants Motion for Continuance is GRANTED. This cause is rescheduled for Docket Call on April 5, 2007 at 8:30 A.M.

SIGNED this 6th day of March, 2007.

_____
DAVID BRIONES
UNITED STATES DISTRICT JUDGE